1  DAVID H. BARTICK
   LAW OFFICES OF DAVID H. BARTICK
2  *Certified Specialist, Criminal Law*
   California State Bar No. 126132
3  101 West Broadway, Suite 1950
   San Diego, California 92101-8220
4  Telephone: (619) 231-8900

5  Attorney for Defendant
   Alfredo Rincon-Campos

FILED
06 OCT 23 AM 10:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PMV  DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Roger T. Benetiz, Judge)

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR0510-BEN |
|---|---|---|
| Plaintiff, | ) | EX-PARTE APPLICATION FOR: ADDITIONAL INTERPRETER FEES WITH SUPPORTING DECLARATION OF DAVID H. BARTICK AND PROPOSED ORDER THEREON |
| v. | ) | |
| ALFREDO RINCON-CAMPOS, | ) | |
| Defendant. | ) | |

COMES NOW, ALFREDO RINCON-CAMPOS, by and through his attorney, DAVID H. BARTICK, and hereby requests the Court to allow the payment of interpreter fees in excess of the $500.00 pursuant to Title 18 U.S.C. section 3006A(e)(2)(B).

This request is based upon the Declaration of DAVID H. BARTICK and all pleadings in the matter herein.

### DECLARATION OF DAVID H. BARTICK

I, DAVID H. BARTICK, do hereby declare as follows:

1. I am the attorney of record in the matter herein, appointed to represent Alfredo Rincon-Campos. Mr. Rincon-Campos was charged with 8 U.S.C. §1324(a)(2)(B)(iii), alien smuggling. The case was not filed as a "fast track" case because of the unusual nature of this case. Specifically, the material witness transported by Mr. Rincon-Campos was related to the Defendant, and therefore there was no element of financial gain.

2. My client Mr. Rincon-Campos is Spanish speaking, and I have enlisted the services of Tere Cox, a private interpreter to enable me to communicate with Mr. Rincon-Campos.

3. I have been informed by Ms. Cox that she has utilized the $500.00 which is authorized under 18 USC §3006A, and that she has expended a total of 15.30 hours of interpreting services. Ms. Cox not only assisted me in communicating with Mr. Rincon-Campos, but she also assisted with my communication with Mr. Rincon-Campos's family. Therefore, because Ms. Cox's services were essential to the adequate representation of my client, it is respectfully requested that this Court authorize an additional $188.50 for interpreting services, for a total amount of $688.50.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 25th of September 2006.

_____
DAVID H. BARTICK
Appointed Counsel for Defendant
Alfredo Rincon-Campos

## ORDER

GOOD CAUSE APPEARING, it is hereby authorized and ordered that extraordinary expenses not to exceed an additional $188.50, for a total amount of $688.50, are approved at this time for interpretive services.

**IT IS SO ORDERED.**

Dated: 10/19/06

_____
ROGER T. BENETIZ
United State District Court Judge